

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,589-01

### IN RE MIGUEL CHAVEZ, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2006CR0659 IN THE 175TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. He contends that he filed a motion for the appointment of counsel under Article 64.01(c) of the Code of Criminal Procedure and the trial court has not ruled on his motion.

Respondent, the Judge of the 175th District Court of Bexar County, shall file a response with this Court and state whether Relator filed a proper motion under Article 64.01(c); if so, when his motion was filed in Bexar County; and whether Respondent has ruled on his motion. Respondent's answer shall be submitted within 30 days of the date of this order. This motion for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted a response.

Filed: March 20, 2019
Do not publish